THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V | )   INDICTMENT NO.4:22-CR-16-2 |
| | ) |
| COURTNEY GILCHRIST, | ) |
| | ) |
| Defendant. | ) |

ORDER GRANTING LEAVE OF ABSENCE

HAVING READ AND CONSIDERED Counsel's Motion for Leave of Absence for April 27-28th, May 18-19th, May 26th, June 8-9th, June 16th, June 19th, July 22-23rd, August 22-25th, August 30th-September 7th, September 28-29th, October 20-26th, November 2-6th, November 20-24th, December 8th and December 15th, the Court hereby GRANTS said motion.

SO ORDERED, this __25th__ day of _____April_____, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA