IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

COURTNEY GILCHRIST,

Defendant.

CASE NO.: 4:22-cr-16-2

**O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 412.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Courtney Gilchrist from the Superseding Indictment in the above-captioned case with prejudice. The Court **DENIES AS MOOT** any pending motions as to Defendant Courtney Gilchrist and **DIRECTS** the Clerk of Court to **TERMINATE** the Defendant from this case.

**SO ORDERED**, this 3rd day of July, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA